**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6769**

———————

TIMOTHY RAY SPAIN,

Plaintiff - Appellant,

versus

CORRECTIONAL MEDICAL SERVICES; KAREN MILLER,
Doctor; SHERIFF HUDSON,

Defendants - Appellees,

and

ROANOKE CITY JAIL,

Defendant.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-97-450-R)

———————

Submitted:  November 19, 1998        Decided:  December 2, 1998

———————

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Timothy Ray Spain, Appellant Pro Se. David Ernest Boelzner, Michael Lawrence Goodman, WRIGHT, ROBINSON, OSTHIMER & TATUM, Richmond, Virginia; Jim Harold Guynn, Jr., GUYNN & BRITT, P.C., Roanoke, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Timothy Ray Spain appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Spain v. Correctional Medical Services, No. CA-97-450-R (W.D. Va. May 5, 1998). We deny Spain's motion for a stay of the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED